**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-7527**

———————

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

JUAN PABLO ALVARADO-ACOSTA,

             Defendant - Appellant.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Danville.   Jackson L. Kiser, Senior
District Judge.  (4:04-cr-70059-jlk-1)

———————

Submitted:  March 27, 2008          Decided:  April 2, 2008

———————

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Juan Pablo Alvarado-Acosta, Appellant Pro Se.   Ronald Andrew
Bassford, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia,
for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juan Pablo Alvarado-Acosta appeals the district court's order denying his motion filed pursuant to Fed. R. Crim. P. 36, which the court construed as a motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Alvarado-Acosta</u>, No. 4:04-cr-70059-jlk-1 (W.D. Va. Sept. 28, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>